IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. IV) | : <br> : <br> : | Consolidated Under<br>MDL DOCKET NO. 875 |
| MIKE THURMON, et al. | : <br> : | E.D. PA Civil Action No.<br>11-cv-63953 |
| v. | : <br> : | Transferor Court: |
| A.W. CHESTERTON, INC., et al. | : | GA-N 11-01407 |

O R D E R

AND NOW, this 30th day of July, 2012, after hearing oral argument on pending discovery motions, and for the reasons stated in the attached memorandum, it is hereby **ORDERED** that:

(1) Defendant Exxon Mobil Corporation's Motion for Protective Order [Docket #204] is no longer active and should be marked "terminated" on the docket.

(2) Defendant Eaton Corporation, as Successor-in-Interest to Cutler-Hammer, Inc.'s Motion to Quash Plaintiffs' Notice to Take Rule 30(b)(6) Video Deposition and Notice to Produce to Defendant Eaton Corporation, or in the Alternative, Motion for Protective Order [Docket #152] is no longer active and should be marked "terminated" on the docket;

(3) Plaintiffs' Motion to Extend Discovery [Docket #142] is **DENIED.**

(4) Plaintiffs' Motion and Brief to Compel Discovery Previously Propounded on Defendant Scapa Dryer Fabrics, Inc. [Docket #96] is **DENIED.**

(5) Warren Pumps, LLC.'s Motion to Quash Plaintiffs' Notice to Take Rule 30(b)(6) Video Deposition and Notice to Produce, Motion for Protective Order and Response and Objection to Plaintiffs' Notice to Take 30(b)(6) Video Deposition to Notice to Produce [Docket #155] is **GRANTED.**

(6) Defendant Scapa Waycross, Inc.'s Motion to Quash Plaintiffs' Notice to Take Rule 30(b)(6) Video Deposition and Notice to Produce to Defendant Scapa Waycross, Inc., or in the Alternative, Motion for Protective Order [Docket #153 is **GRANTED**.

(7) Defendant Honeywell International Inc.'s Motion to Quash Plaintiffs' Notice to Take Rule 30(b)(6) Video Deposition and Notice to Produce to Honeywell International Inc. and/or Motion for Protective Order [Docket #158] is **GRANTED**; and

(8) Motion for Rule 11 Sanctions by Defendant Scapa Waycross, Inc. [Docket #220] will be held under advisement pending ruling on Scapa Waycross' motion for summary judgment.

BY THE COURT:

_S/M. FAITH ANGELL_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

By E-mail to:   the Honorable Eduardo C. Robreno

| | |
|---|---|
| Robert C. Buck, Esq. | rbuck@buckfirm.com |
| Christian H. Hartley, Esq. | chartley@mrhfmlaw.com |
| Travis D. Hilka, Esq. | thilka@mrhfmlaw.com |
| Lee Ann Anand, Esq. | leeann.anand@nelsonmullins.com |
| Erin E. Shofner, Esq. | eshofner@hptylaw.com |
| Peter R. York, Esq. | pyork@hptylaw.com |
| Stephen C. Collier, Esq. | ccollier@hptylaw.com |
| Ollie M. Harton, Esq. | oharton@hptylaw.com |
| David C. Marshall, Esq. | sking@hptylaw.com |
| Frank C. Bedinger, III, Esq. | fbedinger@hptylaw.com |
| David L. Boohaker, Esq. | dlboohaker@ewhlaw.com |
| Frances L. Spinelli, Esq. | flspinelli@ewhlaw.com |
| Ivan A. Gustafson, Esq. | iagustafson@ewhlaw.com |
| Michael J. Zukowski, Esq. | michael.zukowski@klgates.com |
| Barbara J. Buba, Esq. | bbuba@wlbdeflaw.com |
| Jason W. Rubin, Esq. | jrubin@gmrlawfirm.com |
| Debra K. Haan, Esq. | dhaan@grsmb.com |
| Michael J. Rust, Esq. | mrust@grsmb.com |
| Elizabeth R. Johnson, Esq. | erjohnson@balch.com |
| James L. Hollis, Esq. | jhollis@balch.com |
| Malissa Kaufold-Wiggins, Esq. | awiggins@balch.com |
| Jeffrey A. Peters, Esq. | japeters@petersmonyak.com |
| Sharon L. Neal, Esq. | sneal@petersmonyak.com |
| W. Matthew Reber, Esq. | mreber@kjmsh.com |
| Lawrie E. Demorest, Esq. | lawrie.demorest@alston.com |
| William C. Massey, Esq. | clay.massey@alston.com |
| Jody M. Rhodes, Esq. | jody.rhodes@alston.com |
| Jennifer M. Studebaker, Esq. | studebakerjm@fpwk.com |
| William F. Mueller, Esq. | wmueller@cm-legal.com |
| F. Saunders Aldridge, III, Esq. | saldridge@huntermaclean.com |
| Robert B. Lovett, Esq. | blovett@huntermaclean.com |